[No. 51312-5-I. Division One. June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB JAMES BUSH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03033-1, Michael J. Fox, J., and Kenneth Comstock, J. Pro Tem., entered October 24, 2002. *Remanded* by unpublished per curiam opinion.

[No. 21073-1-III. Division Three. June 17, 2003.]

JEROMY WILLIAM FARNSWORTH, *Appellant*, v. TARA MICHELLE GLOVER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-5-00205-4, Linda G. Tompkins, J., entered March 28, 2002. *Reversed* by unpublished opinion per Kato, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 21141-0-III. Division Three. June 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM B. HEIN, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 01-1-02322-6, Richard J. Schroeder and Gregory D. Sypolt, JJ., entered May 17 and June 13, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21260-2-III. Division Three. June 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD ALBERT GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01034-3, Kathleen M. O'Connor, J., entered June 24, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.